# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADAM CARLONI,

        Plaintiff,

vs.

SHANE MCDOUGAL

        Defendant.

Case No. 2:17-cv-01917-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 18), filed on September 27, 2017. Plaintiff requests permission to file all future pleadings electronically through the Court's CM/ECF filing system and represents that he reviewed the Electronic Case Filing section of the Local Rules of Practice for the District of Nevada. The Court will allow Plaintiff to file future documents electronically only after he has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 18) is granted subject to complying with the following procedures in order to activate his CM/ECF account:

    a.    On or before **November 1, 2017**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

c.  Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 4th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge