# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM CARLONI, | |
| Plaintiff, | Case No. 2:17-cv-01917-JAD-GWF |
| vs. | **ORDER** |
| SHANE MCDOUGAL | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Discovery (ECF No. 19), filed on September 27, 2017. Defendant filed his Response (ECF No. 21) on October 3, 2017.

Local Rule 7-2 requires that motions be supported by a memorandum of points and authorities. Plaintiff's motion is unclear and does not appear to request specific relief from the Court. He does not provide factual support or specific legal authority. Further, on August 30, 2017, the Court granted Defendant's motion to stay discovery pending a ruling on Defendant's motion to dismiss. The Court instructs Plaintiff that if he intends to continue to proceed with this case, then he must fully educate himself on the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Nevada. The Court denies Plaintiff's motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Discovery (ECF No. 19) is **denied**.

DATED this 4th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge