**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Adam Carloni,

    Plaintiff

v.

Shane McDougal,

    Defendant

2:17-cv-01917-JAD-GWF

**Order**

[ECF No. 20]

On September 27, 2017, plaintiff Adam Carloni filed a document entitled "Enforcement of Evidence to Motion for Judgement on One Subject-Matter."[1] The document was docketed as a motion for judgment, but it does not appear to seek any relief from the court. Accordingly, to the extent that the "Enforcement of Evidence to Motion for Judgement on One Subject-Matter" is intended as a motion **[ECF No. 20], IT IS DENIED.** Plaintiff Carloni is cautioned that any request for relief must be styled as a motion that clearly describes the action that the movant desires the court to take. To the extent that this document was intended instead as a supplement to the plaintiff's opposition to the motion to dismiss,[2] he is advised that he has already filed an opposition,[3] and supplemental oppositions are not permitted without leave of court. *See* Local Rule 7-2(g) ("Supplementation prohibited without leave of court. A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court.").

DATED: October 10, 2017.

                                                                 _____
                                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 20.

[2] ECF No. 3.

[3] ECF No. 9.